# Court of Appeals
# of the State of Georgia

ATLANTA,  July 13, 2026

*The Court of Appeals hereby passes the following order:*

**A26A2145. JAJUAN REAVES v. THE STATE.**

On September 24, 2024, Jajuan Reaves pled guilty to robbery. Reaves, pro se, then filed a notice of appeal on October 25, 2024. The State has filed a motion to dismiss the appeal. We agree that we lack jurisdiction.

A notice of appeal must be filed within 30 days of the entry of an appealable judgment. OCGA § 5-6-38(a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Ebeling v. State*, 355 Ga. App. 469, 469 (844 SE2d 518) (2020). Here, the notice of appeal was filed 31 days after entry of the trial court's order.  Under these circumstances, we lack jurisdiction to consider this appeal. Accordingly, the State's motion to dismiss is GRANTED and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,*  07/13/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*